# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| THE TIMKEN COMPANY, | : | |
| | : | |
| Plaintiff, | : | CASE NO. 5:19-cv-00584 |
| | : | |
| vs. | : | JUDGE JOHN R. ADAMS |
| | : | |
| MTS SYSTEMS CORPORATION, | : | **JOINT STATUS REPORT** |
| | : | |
| Defendant. | : | |
| | : | |

Pursuant to the Court's March 23, 2020 Order (ECF No. 40), Plaintiff the Timken Company and Defendant MTS Systems Corporation (collectively, the "Parties") submit this joint status report concerning the current state of discovery and proposed amendments to current deadlines.

1.      The Parties have exchanged written discovery, produced several thousands of pages of documents, and taken the depositions of Rule 30(b)(6) corporate representatives in relation to Phase I of this case.

2.      The parties have also filed and fully briefed opposing Motions for Summary Judgment related to Phase I of this case.

3.      In preparation for the matter moving forward, the parties are identifying individuals they would like to depose, arranging dates for depositions, and working to resolve written discovery disputes.

4.      In addition to the sixty (60) day extension of deadlines per the Court's March 23, 2020 Order, the parties respectfully request to work with the Court on any amended dates for discovery and trial at the telephone conference following resolution of the pending motions.

Until the pending motions are resolved, the parties will continue to conduct discovery as if all current deadlines are in full effect.

5.      If the Court desires proposed dates at this time rather than a discussion in the future, Timken requests the Court grant an additional thirty (30) day extension to its current sixty (60) day extension, and requests the Court move the trial from its current date of September 14, 2020 to late October or November 2020.

6.      The Parties propose that they file another Joint Status Report on or before July 31, 2020.

Respectfully submitted,

| | |
|---|---|
| */s/ Andrew H. Cox* | */s/ Brendan P. Kelley (by email consent)* |
| Andrew H. Cox (0071459) | Brendan P. Kelley (0078308) |
| Andrew.Cox@ThompsonHine.com | Laura Kingsley Hong (0033147) |
| Laura Watson Schultz (0084284) | **Tucker Ellis LLP** |
| Laura.Schultz@ThompsonHine.com | 950 Main Avenue, Suite 1100 |
| Anthony J. Martucci (0090794) | Cleveland, OH 44113 |
| Tony.Martucci@ThompsonHine.com | Tel: 216.592.5000 |
| Jada M. Colon (0044048) | E-mail: Laura.hong@tuckerellis.com |
| Jada.Colon@ThompsonHine.com | Brendan.kelley@tuckerellis.com |
| **Thompson Hine LLP** | |
| 3900 Key Center | Daniel A. Haws (MN# 193501) |
| 127 Public Square | Admitted Pro Hac Vice |
| Cleveland, OH 44114-1291 | Michelle D. Christensen (MN# 23476X) |
| Telephone:  216.566.5500 | Admitted Pro Hac Vice |
| Facsimile:   216.566.5800 | Kyle A. Koebele (MN# 0399682) |
| | HKM, P.A. |
| *Attorneys for Plaintiff The Timken Company* | 30 East Seventh Street, Suite 3200 |
| | St. Paul, MN 55101 |
| | Tel: 651.227.9411 |
| | E-mail: dhaws@hkmlawgroup.com |
| | mchristensen@hkmlawgroup.com |
| | kkoebele@hkmlawgroup.com |
| | |
| | *Attorneys for Defendant MTS Systems Corporation* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2020 a copy of the foregoing *Joint Status Report* was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

*/s/ Andrew H. Cox*
*One of the Attorneys for Plaintiff*