**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| THE TIMKEN COMPANY, | : | |
| | : | |
| Plaintiff, | : | CASE NO. 5:19-cv-00584 |
| | : | |
| vs. | : | JUDGE J. PHILIP CALABRESE |
| | : | |
| MTS SYSTEMS CORPORATION, | : | **JOINT STATUS REPORT** |
| | : | |
| Defendant. | : | |
| | : | |

Pursuant to the telephone status conference held on June 2, 2021, Plaintiff The Timken Company ("Timken") and Defendant MTS Systems Corporation ("MTS") (collectively, the "Parties") submit the following report concerning alternative dispute resolution ("ADR") and scheduling:

1.      The Parties are open to ADR and have conferred and agreed upon using a private mediator.  The parties intend to schedule mediation to take place in July or August 2021.

2.      The Parties propose having the mediation prior to conducting any additional discovery to limit costs.

3.      Should mediation prove unsuccessful, the Parties propose a fact and expert discovery cutoff date of **December 16, 2021.**

4.      The Parties propose a trial date in **February 2022.**

Respectfully submitted,

*/s/ Andrew H. Cox* _____          */s/ Brendan P. Kelley (by email consent)*
Andrew H. Cox (0071459)                  Brendan P. Kelley (0078308)
Andrew.Cox@ThompsonHine.com              Laura Kingsley Hong (0033147)
Anthony J. Martucci (0090794)            **Tucker Ellis LLP**
Tony.Martucci@ThompsonHine.com           950 Main Avenue, Suite 1100
**Thompson Hine LLP**                    Cleveland, OH 44113
3900 Key Center                          Tel: 216.592.5000

127 Public Square
Cleveland, OH 44114-1291
Telephone:  216.566.5500
Facsimile:   216.566.5800

*Attorneys for Plaintiff The Timken Company*

E-mail: Laura.hong@tuckerellis.com
          Brendan.kelley@tuckerellis.com

Daniel A. Haws (MN# 193501)
Admitted Pro Hac Vice
Michelle D. Christensen (MN# 23476X)
Admitted Pro Hac Vice
Kyle A. Koebele (MN# 0399682)
HKM, P.A.
30 East Seventh Street, Suite 3200
St. Paul, MN 55101
Tel: 651.227.9411
E-mail: dhaws@hkmlawgroup.com
        mchristensen@hkmlawgroup.com
        kkoebele@hkmlawgroup.com

*Attorneys for Defendant MTS Systems Corporation*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2021 a copy of the foregoing *Joint Status Report* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Andrew H. Cox* ___
*One of the Attorneys for Plaintiff*